IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAGHIB T. WAHEED, on behalf of my son,     PLAINTIFF
ALI B. WAHEED

v.     No. 4:10CV01554 JLH

JOHNSON & JOHNSON     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE